FREDBURN CONSTRUCTION CORPORATION, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ. [166 Misc. 120.]

WILLIAM H. WALKER, Respondent, v. BERNARD ZAGLIN, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

THOMAS P. BURKE and GEORGIA PIET, as Executors and Trustees, etc., of MICHAEL PADIAN, Deceased, Respondents, v. DALE NEUSCHATZ (Also Known as DAVID DALE) and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

DENCH & HARDY CO., Appellant, v. JOHN J. HANSON, INC., Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

WILLIAM J. SMITH, Respondent, v. WILLIAM LOWETH, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

GRACE E. JONES, Appellant, v. NORTON RETAIL STORES, INC., Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

ABRAHAM J. GOLDSTEIN, Doing Business under the Trade Name and Style of A. J. GOLDSTEIN & COMPANY, Respondent, v. E. OSBORNE SMITH, INC., Defendant, Impleaded with MANAGEMENT DEPARTMENT OF E. OSBORNE SMITH, INC., Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

ABRAHAM I. GLADSTONE, Respondent, v. STAR BRUSH MANUFACTURING CO., INC., Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of MARJORIE BROWNING, to Compel the TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased, to Pay the Claims of Petitioner against the Estate of Said EDWARD W. BROWNING, Deceased. MARJORIE BROWNING, Petitioner, Appellant; TITLE GUARANTEE AND TRUST COMPANY, as Executor, and Others, Respondents.— Decree unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ. [165 Misc. 675.]

RAYMOND KAUFMAN, Appellant, v. CATHERINE GALLAGHER and HAROLD GALLAGHER, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

MARINA YURLOVA, Appellant, v. LIBERTY PUBLISHING CORPORATION, Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.